## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 26-3222-GW-SSCx | | Date | April 21, 2026 |
|---|---|---|---|---|
| Title | *Lamar Myers v. Moran Donna Pogan, et al.* | | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On April 21, 2026, Plaintiff Lamar Myers filed a Notice of Settlement [13]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for May 28, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on May 26, 2026.

|  | : |
|---|---|
| Initials of Preparer | JG |